UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IRENE F. HAIRSTON, ET AL

CIVIL ACTION

VERSUS

NUMBER 05-1235-JJB-SCR

MICHAEL EASLEY, ET AL

**<u>NOTICE</u>**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, January 22, 2007.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IRENE F. HAIRSTON, ET AL

VERSUS

MICHAEL EASLEY, ET AL

CIVIL ACTION

NUMBER 05-1235-JJB-SCR

**MAGISTRATE JUDGE'S REPORT**

Before the court is the Motion for Reinstatement and for Leave to Substitute Parties filed by plaintiff Peggy M. H. Robinson. Record document number 5.

This case was dismissed on November 17, 2006 because the plaintiffs failed to pay the filing fee.[1]  No appeal was taken. Since this motion was filed more than 10 days after the dismissal, it will be considered as a motion for relief under Rule 60, Fed.R.Civ.P.

Plaintiff has not shown that any of the grounds for relief listed in Rule 60 apply to this case, and there is no other reason justifying relief from the dismissal.  When the case was filed there were three plaintiffs: Irene Fulton Hairston, Peggy M. H. Robinson, and Deloris A. McKnight.[2]  Plaintiff Hairston died on September 23, 2006.[3]  Assuming that the Estate of Irene Fulton Hairston has no funds with which to pay the filing fee, neither of

---

[1] See record document numbers 3 and 4.

[2] Record document number 1, Complaint, pp. 1-2.

[3] Record document number 5, Motion for Reinstatement, ¶ 1.

the two remaining plaintiffs has paid the filing fee.[4]  If either of them is able to pay the required filing fee, or if together they can pay it, then they will not be allowed to proceed in forma pauperis.[5]

Regarding the request to substitute the Estate of Irene Fulton Hairston, plaintiff Robinson did not attach any evidence to show that a succession was opened for Hairston or that Robinson has been appointed as the succession representative to prosecute the claims against the named defendants.

### Recommendation

It is the recommendation of the magistrate judge that the Motion for Reinstatement and for Leave to Substitute Parties be denied.

If the foregoing recommendation is accepted, then it is further recommended that the clerk of court be directed to not accept ny further filings from the plaintiffs in this case, other than a notice of appeal.

Baton Rouge, Louisiana, January 22, 2007.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[4] Although the motion referred to attached Exhibits A and B, no exhibits were filed with the motion.

[5] This was already explained to the plaintiffs in the Ruling on Motion for Reconsideration in a related case, Hairston v. Thompson, CV 05-1233-JJB-SCR. Record document number 8, p. 2.