UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IRENE HAIRSTON, ET AL

VERSUS

BRYANT C. THOMPSON, ET AL

CIVIL ACTION

NO. 05-1235-D-M1

**RULING AND ORDER**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 22, 2007 (doc. no. 7). The plaintiffs have filed an objection which merely restates their prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Motion for Reinstatement and for Leave to Substitute Parties is DENIED.  Further, the clerk of court is directed to not accept any further filings from the plaintiffs in this case, other than a notice to appeal.

Baton Rouge, Louisiana, this 6th day of February, 2007.

Additional Notices Sent to:
Operations

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA